ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY M. GALLUPS | Criminal Information<br><br>No. 1:21-CR-0370 SCJ |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
(Healthcare Fraud - 18 U.S.C. § 1347)

Beginning in or about September 2015, and continuing through in or about June 2017, in the Northern District of Georgia and elsewhere, the defendant, JEFFREY M. GALLUPS, aided and abetted by others, did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud Aetna, Blue Cross Blue Shield, United Healthcare, and other health care insurance providers, which are health care benefit programs affecting commerce as defined in Title 18, United States Code, Section 24(b), and to obtain by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of, Aetna, Blue Cross Blue Shield, United Healthcare, and other health care insurance providers in connection with the delivery of and payment for health care benefits, items, and services.

In executing the health care fraud scheme, the defendant, JEFFREY M. GALLUPS, aided and abetted by others, caused to be submitted to Aetna, Blue

Cross Blue Shield, United Healthcare, and other health care insurance providers fraudulent insurance claims for medically unnecessary Pharmacogenetic, Molecular Genetic, and Toxicology testing. In furtherance of the scheme, GALLUPS, aided and abetted by others, pressured physicians within his practice to perform medically unnecessary Pharmacogenetic, Molecular Genetic, and Toxicology testing. As part of the health care fraud scheme, a lab company based in Texas (hereinafter "the Lab Company") and GALLUPS entered into an agreement whereby GALLUPS would receive a kickback of 50% of the net profit for eligible specimens submitted by GALLUPS' practice to the Lab Company for Pharmacogenetic, Molecular Genetic, and Toxicology testing. The Lab Company paid the kickbacks to GALLUPS through an intermediary. The intermediary received a percentage of the kickbacks and used a portion of the kickback money to pay certain debts of GALLUPS.

All in violation of Title 18, United States Code, Section 1347.

KURT R. ERSKINE
*Acting United States Attorney*

CHRISTOPHER J. HUBER
*Assistant United States Attorney*
Georgia Bar No. 545627

600 U.S. Courthouse • 75 Ted Turner Drive, SW
Atlanta, GA 30303 • 404-581-6000