# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | CRIMINAL ACTION NO. 1:21-cr-00370-SCJ |
| v. | ) ) | |
| JEFFREY M. GALLUPS, | ) ) | |
| Defendant. | ) | |

## ORDER

This matter having come before the Court on the Motion of Defendant Jeffrey M. Gallups to Modify Conditions of Release, it is hereby ORDERED as follows:

Dr. Gallups' conditions of release, Docket No. 7, are hereby modified to permit Dr. Gallups to permit the following travel*:

- o Jacksonville, Florida, July 26 and 27, for his son's baseball playoff games;
- o Connecticut August 18-21, for his son's hockey show case.

**IT IS SO ORDERED**

This  29th  day of July 2022.

                        s/Steve C. Jones
                      HONORABLE STEVE C. JONES
                      UNITED STATES DISTRICT JUDGE

*The Court endows the Supervising United States Probation Officer with the authority to grant or deny any future requests for domestic travel without seeking an order of the Court.