

*Michael Yeager*
*U.S. Marshal*

*U.S. Department of Justice*
*United States Marshals Service*
*75 Ted Turner Drive S.W. Suite 1600*
*Atlanta, GA 30303*
*AUGUST 5, 2022*

Mr. JEFFREY GALLUPS
USMS# 66168-509
Case# 1:2021-CR-00370-SCJ

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 05 2022

KEVIN P WEIMER, Clerk
By: PT  Deputy Clerk

Dear: Mr. GALLUPS

    Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following institution to begin service of your federal sentence.

| | |
|---|---|
| **INSTITUTION:** | **FPC MONTGOMERY** <br> **Maxwell Air Force Base** <br> **Montgomery, AL 36112** |
| TELEPHONE NO. | (334) 293-2100 |
| REPORT DATE: | **12:00 Noon, AUGUST 30, 2022** |

Any further inquiries should be directed to the institution at the telephone number listed above.

Respectfully,

MICHAEL YEAGER
UNITED STATES MARSHAL

*[signature]*

RONNIE D VIRDEN
CRIMINAL SECTIONS