UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

JEFFREY M. GALLUPS

CRIMINAL CASE NO.
1:21-CR-0370-SCJ

## **ORDER**

Defendant Jeffrey M. Gallups ("Defendant") was sentenced by this Court on June 22nd, 2022 to a term of imprisonment of thirty-six months. Upon request of both parties, the Court directed in its Judgment and Commitment [Doc. 31] that Defendant would not be required to surrender himself to the Bureau of Prisons until further order. The Court has been advised by the Office of the United States Attorney that Defendant's surrender need not be delayed further.

It is therefore **ORDERED** that Defendant Jeffrey M. Gallups must surrender himself to the Bureau of Prisons, as notified by the United States Marshal, on a date not later than May 22nd, 2024.

**IT IS SO ORDERED**, this 22nd day of March, 2024.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE